Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAMMY XIONG, individually and on behalf of all others similarly situated,** ) | Case No. 2:24−cv−00564−CAS−AS ) Hon. Christina A. Snyder |
| ) | |
| **Plaintiff,** ) | |
| ) | **NOTICE OF SETTLEMENT** |
| **v.** ) | **AS TO WELLS FARGO BANK,** |
| ) | **N.A.** |
| **WELLS FARGO BANK, NATIONAL ASSOCIATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that she has reached a settlement as to Plaintiff's claims against Defendant WELLS FARGO BANK, N.A.. Plaintiff and WELLS FARGO BANK, N.A. anticipate they will be able to submit a Stipulation of Dismissal with Prejudice within 60 days.

Dated**:** February 21, 2024                    **Law Offices of Todd M. Friedman, P.C.**

By:    /s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorneys for Plaintiff

Filed electronically on this 21st Day of February, 2024, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Christina A. Snyder
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 21st Day of February, 2024

/s/Todd M. Friedman, Esq.
   Todd M. Friedman