Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAMMY XIONG, individually and on behalf of all others similarly situated,**<br><br> Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, NATIONAL ASSOCIATION,**<br><br> **Defendant.** | Case No. 2:24−cv−00564−JAK−AS<br>Hon. Christina A. Snyder<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PAMMY XIONG AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Pammy Xiong and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative

class action because this action has not been certified as a class.[1] The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to Pammy Xiong and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this April 19, 2024

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Womble Bond Dickinson LLP
By: s/Owen Campbell
OWEN CAMPBELL
Attorney for Defendant

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Filed electronically on this 19th Day of April, 2024, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

And all attorneys on ECF.

This 19th Day of April, 2024.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN