**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMMY XIONG,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. 2:24-cv-00564-JAK (ASx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PAMMY XIONG AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS (DKT. 16)**<br><br>**JS-6: CASE TERMINATED** |

1

Based on a review of the Joint Stipulation of Dismissal of Action with Prejudice as to Pammy Xiong and Without Prejudice as to the Putative Class (the "Stipulation" (Dkt. 16)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

The entire case is dismissed with prejudice as to Pammy Xiong and without prejudice as to the putative class. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

Dated:  April 19, 2024   _____

John A. Kronstadt

United States District Judge

2